**STATE of Missouri, Respondent,**

v.

**Charles WILLIAMS, Appellant.**

**No. 9783.**

Missouri Court of Appeals,
Springfield District.

April 21, 1975.

John C. Danforth, Atty. Gen., Robert H. House, Asst. Atty. Gen., Jefferson City, for respondent.

Lawrence H. Rost, New Madrid, for appellant.

---

Before BILLINGS, C. J., and HOGAN and FLANIGAN, JJ.

PER CURIAM.

The issue of double jeopardy raised by defendant in this appeal, following his conviction of felonious assault with malice aforethought and armed robbery, arises from the facts set forth in State v. Ross, 523 S.W.2d 841, decided this date. For the reasons and authorities contained in *Ross* the defendant's point is denied, and the judgment of the trial court is affirmed.

All concur.